**EXHIBIT A**

**RELATED CASES**

Maria Valencia-Torres v. Google, LLC and Google Payment Corp., No 2:20-cv-01651 (N.D. Ala.)

Michael Brown v. Google, LLC and Google Payment Corp., No. 8:20-cv-01311 (N.D.N.Y.)

John Sparks v. Google, LLC and Google Payment Corp., No. 5:21-cv-01516 (N.D. Cal.)

Frances Long v. Google LLC and Google Payment Corp., No. 5:21-cv-1589 (N.D. Cal.)

Shellie Lords v. Google LLC and Google Payment Corp., No. 5:21-cv-01725 (N.D. Cal.)

Terri Bruschi v. Google LLC and Google Payment Corp., No 5:21-cv-01992 (N.D. Cal.)

Jennifer Andrews and John Sarley v. Google LLC, No. 3:21-cv-2100 (N.D. Cal.)

Edgar Smith v. Google LLC and Google Payment Corp., No. 2:21-cv-00053 (S.D. Miss.)

Erica Montoya v. Google LLC and Google Payment Corp., No. 1:21-cv-00339 (D.N.M.)